1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   ROBIN C. BRIGGS,

12              Petitioner,                    No. 2:12-cv-1756 AC

13        vs.

14   GARY SWARTHOUT,

15              Respondent.                    ORDER TO SHOW CAUSE

16   _____/

17              Petitioner is a state prisoner proceeding pro se with an application for writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.

19              On August 2, 2012, the court ordered petitioner within 30 days to file an affidavit

20   in support of his request to proceed in forma pauperis, or to pay the appropriate filing fee.  See

21   Doc. No. 4.  To date, petitioner has not filed his affidavit, paid the fee, or otherwise responded to

22   the court's August 2, 2012 order.

23              On September 25, 2012, respondent filed a motion to dismiss.  Petitioner has not

24   filed an opposition or otherwise responded to the motion.  Local Rule 230(l) provides in part:

25   "Failure of the responding party to file written opposition or to file a statement of no opposition

26   may be deemed a waiver of any opposition to the granting of the motion . . . ."

1    Local Rule 110 further provides that failure of a party to comply with the court's

2  rules or with any order of the court "may be grounds for imposition by the Court of any and all

3  sanctions authorized by statute or Rule or within the inherent power of the Court."

4    The court will accordingly direct petitioner, within 30 days, to comply with the

5  court's August 2, 2012 order directing petitioner to file an affidavit in support of his application

6  to proceed in forma pauperis, or to pay the filing fee of $5.00.  Petitioner's failure to comply

7  with the court's August 2, 2012 order within 30 days may result in a recommendation that this

8  petition be dismissed without prejudice.

9    The court will also direct petitioner within 30 days to respond to the motion to

10  dismiss, by filing either an opposition to the motion or a statement that petitioner has no

11  objection.  Petitioner's failure to respond to the motion to dismiss may be deemed a waiver of

12  any opposition, and may result in a recommendation that the petition be dismissed for the

13  reasons cited in the motion.

14    Good cause appearing, IT IS HEREBY ORDERED that:

15    1.  The Clerk shall serve petitioner with a copy of the motion to dismiss, filed

16  September 25, 2012 (Doc. No. 8);

17    2.  Petitioner shall, within 30 days, comply with the court's August 2, 2012 order

18  directing petitioner to file an affidavit in support of his application to proceed in forma pauperis,

19  or to pay the filing fee of $5.00;

20    3.  Petitioner shall, within 30 days, respond to the motion to dismiss, by filing

21  either an opposition to the motion or a statement that petitioner has no objection; and

22  ////

23  ////

24  ////

25  ////

26

4.  Failure of petitioner to comply with the provisions of this order may result in a recommendation that this petition be dismissed.

DATED:   January 4, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/brig1756.46